

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00326-CR

CHRISTOPHER G. NATALE                                                    APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

------------

FROM COUNTY CRIMINAL COURT NO. 6 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss." Although appellant has not signed the motion in compliance with rule 42.2(a) of the rules of appellate procedure, appellant's attorney indicated in writing in an affidavit for diligent search received in this court on December 8, 2010, that appellant no longer wishes to pursue his appeal. Tex. R. App. P. 42.2(a). We suspend rule 42.2(a)'s requirement that appellant sign the motion to dismiss the appeal. *Id.; see* Tex. R.

---

[1]*See* Tex. R. App. P. 47.4.

App. P. 2.  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  December 30, 2010